JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NGUYEN PHUONG THANH,

Petitioner,

v.

MARK WAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-02216-KES

**JUDGMENT**

IT IS ADJUDGED that:

1.  The Petition is GRANTED.

2.  Respondents must **immediately release** Petitioner from custody and reinstate his Order of Supervision with the same conditions in place at the time of his unlawful re-detention, and return all property confiscated from him during his arrest and processing into detention.  Respondents are further ordered to **file a status report by May 12,** confirming that they have followed this directive.

3.  Respondents are enjoined from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal to Vietnam.

4.  Respondents are enjoined from re-detaining Petitioner without first following all procedures set forth in 8 C.F.R. §§ 241.4 and 2441.13, and any other applicable statutory and regulatory procedures

DATED:  May 7, 2026

_____
Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE

2